## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL MULLIGAN AND SHARON MULLIGAN** | **PLAINTIFFS** |
| VS. | CAUSE NO. 1:23cv113 HSO-BWR |
| **SAM WARD, TL DAGGETT TRANSPORT, LLC, BELLSOUTH TELECOMMUNICATIONS, LLC D/B/A AT&T MISSISSIPPI** | **DEFENDANTS** |

### NOTICE OF REMOVAL

COMES NOW, TL Daggett Transport, LLC, one of the Defendants in the above-styled cause of action, by and through its undersigned counsel, Deaton & Berry, PLLC, and files this, its Notice of Removal of this civil action from the Circuit Court of Harrison County, Mississippi, First Judicial District, to this Court, and in support thereof would respectfully show unto the Court, as follows:

**I.**

On or about October 4, 2022, Plaintiffs filed their Complaint in the Circuit Court of Harrison County, Mississippi, First Judicial District, styled "*Michael Mulligan and Sharon Mulligan v. Sam Ward, TL Daggett Transportation, LLC, BellSouth Telecommunications, LLC, d/b/a AT&T Mississippi*" and identified as Cause No. A2401-22-310. A true and correct copy of the Plaintiffs' Complaint along with all process and pleadings are attached hereto as Composite **Exhibit "A"** and incorporated herein by reference.

1

**II.**

This matter is an action wholly of a civil nature.

**III.**

According to the Plaintiffs' Complaint, they are resident citizens of Harrison County, Mississippi. [See Complaint at ¶ I.]

**IV.**

Defendant, Sam Ward, is an adult resident of Rutledge, Georgia. [See Complaint at ¶ II.]

**V.**

Defendant, TL Daggett Transportation, LLC, is a foreign limited liability company domiciled in Georgia with its principal place of business in Georgia, with all its members being domiciled in Georgia. A copy of the Certification of Organization for TL Daggett Transportation, LLC, is attached hereto as Composite **Exhibit "B"** and incorporated herein by reference.

**VI.**

Defendant, BellSouth Telecommunications, LLC, d/b/a AT&T Mississippi, is a foreign limited liability company domiciled in Georgia, with its principal place of business in Georgia, and with all its members being citizens of Georgia. A copy of the Certification of Organization for BellSouth Telecommunications, LLC, is attached hereto as Composite **Exhibit "C"** and incorporated herein by reference.

**VII.**

With regard to the amount in controversy requirement, Plaintiffs' Complaint does not include a specific *ad damnum*. However, according to the Plaintiffs' Responses to the First Set of Request for Admissions, they are seeking damages in excess of $75,000.00, exclusive of interest and cost, against this Defendant. Consequently, the amount in controversy requirement has been met. A copy of Plaintiffs' Responses to Request for Admissions are attached hereto as Composite **Exhibit "D."**

**VIII.**

Pursuant to 28 U.S.C.A. §1332, and 28 U.S.C.A. §1441, the underlying action is a civil action between citizens of different states; the matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs; that this Court has original jurisdiction of this civil action; and that Harrison County, Mississippi, lies within the United States District Court for the Southern District of Mississippi, Southern Division.

**IX.**

Pursuant to the "Judicial Improvement and Access to Justice Act," H.R. 4807.28, §1016, passed by Congress and effective November 19, 1988, no bond for removal is required with this Notice of Removal.

**X.**

Duly certified copies of all pleadings, process with returns thereon, if any, orders and the entire file of this action in the Circuit Court of Harrison County, Mississippi, First Judicial District, including all process, pleadings and orders served upon the Defendant will be filed within fourteen (14) days of the filing of the Notice of Removal.

**XI.**

This Notice of Removal is timely under the provisions of 28 U.S.C. § 1446.

**XII.**

Defendant, TL Daggett Transportation, LLC will serve a copy of this Notice of Removal upon all parties and will file a copy of this Notice of Removal with the Clerk of the Circuit Court of Harrison County, Mississippi, First Judicial District, in accordance with applicable statutes of the United States and the rules of this Court.

WHEREFORE, PREMISES CONSIDERED, Defendant, TL Daggett Transportation, LLC, respectfully requests that this Honorable Court proceed with the handling of this civil action as if originally filed herein and that further proceedings in the Circuit Court of Harrison County, Mississippi, First Judicial District, be hereby stayed.

THIS, the 3rd day of May, 2023.

                                   Respectfully submitted,

                                   TL DAGGETT TRANSPORTATION, LLC

                        By:  /s/ JOE S. DEATON, III
                                 JOE S. DEATON, III, MSB #8839
                                 R. JASON CANTERBURY, MSB #103297
                                 TIMOTHY M. HAYDEN, MSB #105202

OF COUNSEL:

DEATON & BERRY, PLLC
229 Katherine Drive
P.O. Box 320099
Flowood, Mississippi 39232
T: 601.988.0000
F: 601.988.0001
jdeaton@dg-law.com
jcanterbury@dg-law.com
thayden@dg-law.com

## **CERTIFICATE OF SERVICE**

I, JOE S. DEATON, III, do hereby certify that I have this day served via electronic mail, and U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing ***Notice of Removal*** to the following counsel of record:

James K. Wetzel, Esq.
Garner J. Wetzel, Esq.
Wetzel Law Firm
P.O. Box I
Gulfport, MS 39502
jkwetzel@wetzellawfirm.com
*Attorney for Plaintiffs*

Jessica B. McNeel, Esq.
Bryan, Nelson, Schroeder, Castigliola, & Banahan, PLLC
P.O. Drawer 1529
Pascagoula, MS 39568
jessica@bnscb.com
*Attorney for BellSouth Telecommunications, LLC*

THIS, the 3rd day of May, 2023.

                                                    /s/ JOE S. DEATON, III
                                                    JOE S. DEATON, III
                                                    R. JASON CANTERBURY
                                                    TIMOTHY M. HAYDEN